JOSEPH L. McMANUS ET AL., APPELLANTS, v. MAURICE H. CALDWELL ET AL., RESPONDENTS.

Submitted February 13, 1943—Decided April 29, 1943.

For the appellants, *Wilbur J. Bernard.*

For the respondents, *Edmund J. Dwyer* and *David T. Wilentz.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, THOMPSON, JJ.   11.

*For reversal*—None.